AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
DEC 1 1 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Luis Ramon CASTANEDA-Castillo | ) Case No. DR-23-3376M-01 |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **12/10/2023** in the county of **Val Verde** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 554 | Smuggling Goods from the U.S. |

This criminal complaint is based on these facts:
See Attachment A.

☑ Continued on the attached sheet.

_____
Complainant's signature

Roberto Isais  HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/11/2023

_____
Judge's signature

City and state: Del Rio, Texas

Matthew Watters United States Magistrate Judge
Printed name and title

On December 10, 2023, Customs and Border Protection/Office of Field Operations (CBP/OFO) officers were conducting outbound operations at the Del Rio, Texas Port of Entry (POE). Officers encountered Luis Ramon CASTANEDA-Castillo who was driving a black Chevrolet Silverado bearing Mexican license plate EH-9941-C. During primary and secondary outbound inspections, CASTANEDA-Castillo provided negative declarations for weapons, ammunition, and currency over $10,000 United States Dollars (USD). A search of CASTANEDA-Castillo's vehicle and trailer revealed he was transporting one (1) handgun, one (1) pistol magazine, and two (2) rifle barrels. The handgun and magazine were wrapped in clothes, placed in a duffle bag, and within the pull-from-behind trailer.

Homeland Security Investigations (HSI) Del Rio, Texas special agents (SAs) responded to further investigate. During a post-Miranda interview, CASTANEDA-Castillo stated he was transporting goods from Dallas, TX to Mexico for an individual by the name of AREVALO, Jorge. CASTANEDA-Castillo stated he was doing AREVALO a favor by driving AREVALO's pickup truck with an attached trailer from Dallas, TX to Mexico. CASTANEDA-Castillo stated AREVALO was in a separate vehicle and crossed into Mexico ahead of CASTANEDA-Castillo. During questioning, CASTANEDA-Castillo claimed he had no knowledge the firearm was in the cargo.

CASTANEDA-Castillo gave SAs consent to search his cell phone. WhatsApp messages between CASTANEDA-Castillo and AREVALO revealed a photo of the handgun he was transporting. Text and audio messages were discovered of CASTANEDA-Castillo and AREVALO discussing the arrangements for CASTANEDA-Castillo to take the firearm into Mexico.

CASTANEDA-Castillo was confronted with the evidence on his cell phone. CASTANEDA-Castillo admitted when he met AREVALO to drive the truck and trailer in Dallas, TX, AREVALO told him that the firearm was placed inside a bag in the trailer. CASTANEDA-Castillo stated AREVALO paid him three hundred dollars ($300 USD) up front and agreed to pay him more in Mexico after crossing the firearm.

CASTANEDA-Castillo stated he did not have a license to export firearms legally. CASTANEDA-Castillo stated he knew it was illegal for him to smuggle the firearm to Mexico, in part because he was encountered in November 2022 at the Eagle Pass, TX POE with three (3) firearms while attempting to cross into Mexico. CASTANEDA-Castillo was not arrested at that time due to him claiming he had no knowledge of the firearms. During the interview CASTANEDA-Castillo stated he did not know the rifle barrels were in the trailer. CASTANEDA-Castillo did state he chose to transport the firearm to make easy money.